**SO ORDERED.**

Dated: May 04, 2010



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-02098

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>John T. Armstrong and Rhonda K. Armstrong<br>          Debtors.<br><br>Wells Fargo Bank, N.A.<br>          Movant,<br>  vs.<br><br>John T. Armstrong and Rhonda K. Armstrong<br>Debtors; William E. Pierce, Trustee.<br><br>          Respondents. | No. 2:08-bk-17354-RTBP<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #51)<br><br>Hearing Date: April 30, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 13, 2007, and recorded in the office of the Yavapai County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and John T. Armstrong and Rhonda K. Armstrong have an interest in, further described as:

| | |
|---|---|
| 1 | The Northeast quarter of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 33, Township 16 North, Range 2 West, of the Gila and Salt River Base and Meridian, Yavapai County, Arizona. |

The Northeast quarter of the Southwest quarter of the Northeast quarter of the Southeast quarter of Section 33, Township 16 North, Range 2 West, of the Gila and Salt River Base and Meridian, Yavapai County, Arizona.

EXPRESSLY EXCEPTING all lands mineral in character, now known or hereafter discovered to be such, but this

EXCEPTING according to the terms of the statute shall not be construed to include coal and iron lands, and there is reserved from the lands hereby granted, a right of way thereon for ditches and canals, constructed by the authority of the United States as contained in the Patent.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

_____
UNITED STATES BANKRUPTCY JUDGE